UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JOSHUA ROBERT ST. ANDREW,

        Defendant.

                                          /

Case No. 2:21-cr-16-1

Hon. Hala Y. Jarbou
U.S. District Judge

## REPORT AND RECOMMENDATION

Pursuant to W.D. Mich. LCrR 11.1, I conducted a plea hearing in this case on October 4, 2021, after receiving the written consent of Defendant and all counsel. At the hearing, Defendant Joshua Robert St. Andrew entered a plea of guilty to Count 1 of the Superseding Indictment which charges him with conspiring to distribute and to possess with intent to distribute 50 grams or more of methamphetamine or 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine in violation of 21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(A)(vii), in exchange for the promises made by the Government in the written plea agreement.

On the basis of the record made at the hearing, I find:

1.     that Defendant is fully capable and competent to enter an informed plea;

2.     that the plea is made knowingly and with full understanding of each of the rights waived by Defendant;

3.     that Defendant's guilty plea is made voluntarily and free from any force, threats, or promises, apart from the promises in the plea agreement;

4. that the Defendant understands the nature of the charge and penalties provided by law; and

5. that the plea has a sufficient basis in fact.

I therefore recommend that Defendant's plea of guilty be accepted, that the court adjudicate Defendant guilty, and that the written plea agreement be considered for acceptance at the time of sentencing.

Acceptance of the plea, adjudication of guilt, acceptance of the plea agreement, and imposition of sentence are specifically reserved for the district judge.

Date: October 4, 2021      /s/ Maarten Vermaat
                           MAARTEN VERMAAT
                           UNITED STATES MAGISTRATE JUDGE

**NOTICE TO PARTIES**

You have the right to *de novo* review of the foregoing findings by the district judge. Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than fourteen days after the plea hearing. *See* W.D. Mich. LCrR 11.1